### 17005.    MAYFIELD *v.* THE STATE.

BLOODWORTH, J.  This is a companion case to that of *Sorrow* v. *State,* ante, 201, and is controlled by the ruling in that case.

*Judgment affirmed.    Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 3, 1926.

Conviction of manufacture of liquor; from Madison superior court—Judge W. L. Hodges.    October 28, 1925.

*Berry T. Moseley,* for plaintiff in error.

*A. S. Skelton, solicitor-general,* contra.